UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: CR04-0261-JCC-JPD |
| v. ) | |
| ) | |
| WALTER CLINTON MATTE, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1), 841(b)(1)(B), and 846.

Date of Detention Hearing:   July 14, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a danger to the community and a flight risk.  No conditions would reasonably assure the presence of defendant at the time of trial, and defendant has not overcome these presumptions.

(2)   The pretrial services report of July 14, 2005, reveals that defendant was born in Windsor, Ontario, Canada, and has resided there for the past four years.

(3)    Defendant has minimal ties to British Columbia, and no ties to the Western District of Washington.

(3)    Defendant is unemployed.

(4)    Defendant has had difficulties with anger issues since being diagnosed with Attention Deficit Hyperactivity Disorder (ADHD) as a young boy, and has been exhibiting abusive behavior.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge